An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC SERIES 133 MCLAREN,

Appellant,

vs.

GREEN TREE SERVICING, LLC,

Respondent.

No. 65708

FILED

JAN 20 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF REVERSAL AND REMAND

This is an appeal from a district court order granting a motion to dismiss in a quiet title action. Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge.

The parties have stipulated that the appealed-from order should be reversed in light of this court's opinion *in SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. ___, 334 P.3d 408 (2014). We approve the stipulation and

REVERSE the order granting the motion to dismiss and REMAND this matter to the district court for proceedings consistent with this order.[1]

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

---

[1]In light of this order, we take no action on the parties' stipulation for an extension of time to file the answering brief.

cc:    Hon. Valorie J. Vega, District Judge
Law Offices of Michael F. Bohn, Ltd.
Brooks Hubley LLP
Eighth District Court Clerk